**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14300-CIV-CANNON**

**JESUS MENDOZA-CRUZ,**

Plaintiff,

v.

**JOHN M. BUDENSIEK, *et al*.,**

Defendants.

_________________________________/

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On August 25, 2026, the Court entered an order dismissing Plaintiff's Complaint [ECF No. 1] without prejudice and permitting Plaintiff an opportunity to file an amended complaint on or before September 8, 2026 [ECF No. 8]. The Court warned Plaintiff that failure to submit an amended complaint by that deadline "may result in dismissal of the case without further notice" [ECF No. 8 p. 3]. To date, Plaintiff still has neither filed an amended complaint, shown good cause for not doing so, nor requested additional time to do so.

Courts are vested with inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–631 (1962).

In light of that authority, and given Plaintiff's failure to prosecute this action as directed, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of the Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of September 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record